GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
MARY SUE FELDMEIER
WALLACE H. KLEINDIENST
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Mary.Sue.Feldmeier@usdoj.gov
Wallace.Kleindienst@usdoj.gov
Attorneys for Plaintiff

FILED
2021 APR 28 PM 6: 12
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR21-00879 TUC-RM(LAB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | Violations: 18 U.S.C. § 912 (Impersonation of a Law Enforcement Officer) Counts 1-2 |
| Jorge Guilebaldo Quintanar-Medina, | |
| Defendant. | 8 U.S.C. § 1324(a)(1)(A)(iv) & (a)(1)(B)(i) (Encourage Alien to Enter or Reside in the United States for Financial Gain) Counts 3-5 |

Under Seal

**THE GRAND JURY CHARGES:**

**COUNT 1**

Between on or about January 1, 2019, and on or about February 28, 2019, at or near Tucson, in the District of Arizona, the defendant, JORGE GUILEBALDO QUINTANAR-MEDINA, knowingly falsely assumed and pretended to be an officer and employee acting under the authority of the United States or any department, agency or office thereof, to wit a United States Border Patrol Agent of the United States Department of Homeland Security, and acted as such and in such pretended character demanded and obtained money from others, in violation of Title 18, United States Code, Section 912.

## COUNT 2

Between on or about March 1, 2019 and on or about July 10, 2019, at or near Tucson, in the District of Arizona, the defendant, JORGE GUILEBALDO QUINTANAR-MEDINA, knowingly falsely assumed and pretended to be an officer and employee acting under the authority of the United States or any department, agency or office thereof, to wit a United States Immigration and Customs Enforcement (ICE) Agent of the United States Department of Homeland Security, and acted as such and in such pretended character demanded and obtained money from others, in violation of Title 18, United States Code, Section 912.

## COUNT 3

Between on or about January 1, 2019, and continuing to on or about April 25, 2019, at or near Tucson and Nogales, in the District of Arizona, the defendant, JORGE GUILEBALDO QUINTANAR-MEDINA, knowingly encouraged and induced J.L.L., an alien and citizen of Mexico, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence is or would be in violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (a)(1)(B)(i).

## COUNT 4

Between on or about March 1, 2019, and on or about July 10, 2019, at or near Tucson, in the District of Arizona, the defendant, JORGE GUILEBALDO QUINTANAR-MEDINA, knowingly encouraged and induced M.E.L., an alien and citizen of Mexico, to reside in the United States, knowing and in reckless disregard of the fact that such residence is or would be in violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (a)(1)(B)(i).

//

//

## COUNT 5

Between on or about March 1, 2019, and on or about July 10, 2019, at or near Tucson, in the District of Arizona, the defendant, JORGE GUILEBALDO QUINTANAR-MEDINA, knowingly encouraged and induced M.G.L., an alien and citizen of Mexico, to reside in the United States, knowing and in reckless disregard of the fact that such residence is or would be in violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (a)(1)(B)(i).

A TRUE BILL

/s/
_____
FOREPERSON OF THE GRAND JURY
Dated: April 28, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/
_____
Mary Sue Feldmeier
Assistant U.S. Attorney

*United States of America v. Jorge Guilebaldo Quitanar-Medina*
*Indictment Page 3 of 3*